# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☐ Under Seal

**Judge Assigned:**

City: 

Superseding Indictment: 

**Criminal No.**

County: Fairfax

Same Defendant: 

New Defendant: 

Magistrate Judge Case No. 1:18-mj-18

**Arraignment Date:**

Search Warrant Case No. 

R. 20/R. 40 From: 

**Defendant Information:**

**Defendant Name:** Jerry Chun Shing Lee    Alias(es): Zhen Cheng Li    ☐ Juvenile    FBI No. 

**Address:** Hong Kong (specific residential address unknown)

Employment: 

**Birth Date:** XX/XX/XXXX    **SSN:** XXX-XX-XXXX    **Sex:** Male    Race: Asian    Nationality: U.S.

**Place of Birth:**     Height:     Weight:     Hair:     Eyes:     Scars/Tattoos: 

☐ **Interpreter**    **Language/Dialect:** English    Auto Description: 

**Location/Status:**

**Arrest Date:** Jan 15, 2018    ☒ Already in Federal Custody as of: Jan 15, 2018    in: New York, NY

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☒ Detention Sought    ☐ Bond 

**Defense Counsel Information:**

**Name:** Undetermined    ☐ Court Appointed    Counsel Conflicts: 

Address:     ☐ Retained    

Phone:     ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Neil Hammerstrom    **Phone:** 703-299-3755    Bar No. 024588

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 793(e) | retention of national security docs | One | Felony |
| Set 2: | | | | |
| Date: | Jan. 16, 2018 | AUSA Signature: *W. Neil Hammerstrom* | | *may be continued on reverse* |