### * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 08/31/2018                                    Case #: 1:18-CR-00089-TSE-1
Time: 09:28AM-09:42AM (00:14)

---

Honorable **T. S. ELLIS, III,** United States District Judge, Presiding

Margaret Pham                                      Tonia Harris
Courtroom Deputy                                   Court Reporter

## UNITED STATES OF AMERICA

v.

**JERRY CHUN SHING LEE**          Deft appeared: ( X )   in person          (   )   failed to appear
                                                 ( X )   with Counsel        (   )   without Counsel
                                                 (   )   through Counsel

EDWARD B. MACMAHON                      WILLIAM N. HAMMERSTROM, JR.
NINA J. GINSBERG                        ADAM SMALL
**Counsel for Defendant**               PATRICK MURPHY
                                        **Counsel for Government**

**Matter called for:**
[  ] Arraignment            [  ] Pre-Indictment Plea     [  ] Change of Plea        [  ] Motions
[  ] Sentencing             [  ] Revocation Hearing      [  ] Rule 35               [  ] Appeal (USMC)
[  ] Rule 20 & Plea         [  ] Setting Trial Date      [ X ] Other: Status Conference

**Filed in open court:**
[  ] Information   [  ] Plea Agreement   [  ] Statement of Facts   [  ] Waiver of Indict. [  ] Discovery Order

---

**Rule 35:**

[   ] US Rule 35 motion for reduction of sentence          [   ] Granted  [   ] Denied

**Probation/Supervised Release Revocation Hearing:**

Defendant [   ] Admits Violations *AND/OR* [   ] Denies violations

**Court**:   [   ] finds *-or-*   [   ] does not find the defendant in violation of the conditions

- Matter comes on for Status Conference
- Government to file pleading by COB 1 week from today
- Defendant given until COB the following Tuesday for response
- Order to follow

**Deft is:**
[ X ] Remanded   [   ] Self Surrender   [   ] Cont'd on same terms and conditions of release   [   ] In Custody