IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

Filed with the Classified
Information Security Officer
CISO M Peters
Date 11 / 2 / 2018

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | :   Case No. 1:18-cr-89 (TSE) |
| | : |
| JERRY CHUN SHING LEE, | : |
| | : |
| Defendant. | : |
| | : |

**REPLY TO GOVERNMENT'S RESPONSE TO
DEFENDANT'S DISCOVERY REQUESTS**