IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED

2019 MAR 21  A 10: 33

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18cr89 |
| | ) | |
| JERRY CHUN SHING LEE, | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated

below for appearance before said Court at Alexandria, Virginia in United States District Court at

1:00 o'clock p.m., on the 23rd day of April, 2019, then and there to testify on behalf of the

United States:

<u>40 Blank Subpoenas (20 Sets)</u>

This 21st day of March, 2019.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _W. Neil Hammerstrom_____

W. Neil Hammerstrom
Assistant United States Attorney

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JERRY CHUN SHING LEE | ) | Case No. 1:18CR89 |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 900 |
|---|---|
| | Date and Time: April 23, 2019; 1:00 p.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: _____3/21/19_____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America _____ , who requests this subpoena, are:

AUSA W. Neil Hammerstrom
Justin W. Williams Building
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700